UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-108-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| RAPHAEL WALTER ROGERS | |

On motion of the defendant, Raphael Walter Rogers, and for good cause shown, it is hereby ORDERED that the **[DE 56]** be sealed until further notice by this Court.

SO ORDERED. This 16 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge